## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **ADRIENNE BOWMAN, individually,** | : |
| | : |
| **Plaintiff,** | : |
| **v.** | : **Case No.  14-cv-24926-UU** |
| | : |
| **EUREKA PLAZA LLC, a Florida limited** | : |
| **liability company,** | : |
| | : |
| **Defendant.** | : |
| _____/ | : |

### NOTICE OF SETTLEMENT

Plaintiff, ADRIENNE BOWMAN, hereby gives notice to the Court that she has settled the above-styled case with Defendant.  The parties will finalize their settlement papers and settlement prerequisites and submit the appropriate notices and/or motions to the Court seeking dismissal of the case.

Attorney for Plaintiff:

By: /s/ Jeannette E. Albo_____
Jeannette E. Albo, Esq.
Fla. Bar No. 0017736
*Of Counsel*
**Thomas B. Bacon, P.A.**
9444 S.W. 69th Ct.
Miami, FL 33156
ph. (305) 502-4593
jalbo@bellsouth.net

Thomas B. Bacon, Esq.
**Thomas B. Bacon, P.A.**
4868 S.W. 103rd Ave.
Cooper City, FL 33328
ph. (954) 925-6488
fax (954) 237-1990
tbb@thomasbaconlaw.com